**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 11-7248**

―――――――――

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

JOHNNY LYNN BAKER,

                Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:07-cr-00435-JRS-1; 3:10-cv-00762-JRS)

―――――――――

Submitted:  March 27, 2012        Decided:  March 30, 2012

―――――――――

Before WILKINSON, KING, and WYNN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

D. Craig Hughes, LAW OFFICES OF D. CRAIG HUGHES, Houston, Texas, for Appellant. Neil H. MacBride, United States Attorney, Elizabeth C. Wu, Assistant United States Attorney, Samuel E. Fishel, Special Assistant United States Attorney, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Lynn Baker appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Baker</u>, Nos. 3:07-cr-00435-JRS-1; 3:10-cv-00762-JRS (E.D. Va. Oct. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>